RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Moises Jimenez-Mendez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOISES JIMENEZ-MENDEZ,<br><br>　　　　Defendant. | Case No. 2:18-cr-00232-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Moises Jimenez-Mendez, that the Sentencing Hearing currently scheduled on May 9, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1.　Defense counsel has a conflict that requires rescheduling this sentencing hearing to another date and time as the court's calendar will allow.

2. Counsel for the Government will not be available on May 16, 2019 or May 17, 2019.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 1st day of May, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|   */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender |   */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOISES JIMENEZ-MENDEZ,

    Defendant.

Case No. 2:18-cr-00232-APG-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 9, 2019 at 10:30 a.m., be vacated and continued to May 20, 2019 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

    DATED this 2nd day of May, 2019.

                                                      UNITED STATES DISTRICT JUDGE